**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** _____     Caption [use short title] _____

**Motion for:** _____

_____

_____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

_____

_____

**MOVING PARTY:** _____     **OPPOSING PARTY:** _____

☐ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____     **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

_____     _____

_____     _____

_____     _____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes   ☐ No (explain): _____

_____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

_____

_____

_____

_____

_____

Is the oral argument on motion requested?   ☐ Yes   ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ☐ No If yes, enter date: _____

**Signature of Moving Attorney:**

_Meg Haupt_ _____   **Date:** _____   Service : ☐ Electronic   ☐ Other [Attach proof of service]

**Form T-1080 (**rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| Dahlia DOE, et al.,<br>　　　　　　Plaintiffs-Appellees,<br><br>v.<br><br><br>Markwayne MULLIN, et al.,<br>　　　　　　Defendants-Appellants. | Docket No. 25-2995 |

**Plaintiffs-Appellees' Motion to Hold Appeal in Abeyance or, in the Alternative, for an Extension of Time to File Responsive Brief**

Plaintiffs-Appellees move to hold this appeal in abeyance and in support state as follows.

1.　　The Supreme Court granted certiorari before judgment over the issues presented in this appeal on March 16, 2026. Dkt. Nos. 42; 43.

2.　　Oral argument in the case occurred in the Supreme Court on April 29, 2026, with a decision expected by June.

3.　　As the Supreme Court's resolution of the case is likely to be dispositive of the instant appeal, Appellees request that this court hold this appeal in abeyance pending a decision by the Supreme Court.

4.      In the event the court does not wish to hold this appeal in abeyance, Appellees move for an extension of time to file their responsive brief. The deadline for Appellees' brief is currently June 10, 2026. Dkt. No. 46. Appellees request that the court extend the deadline to 21 days following the issuance of any decision by the Supreme Court, such that the responsive brief can account for the effect of the decision.

5.      Undersigned counsel contacted Appellants' counsel regarding this motion. Appellants' have no objection to vacating the deadline now in place for Appellees' brief. But Appellants' position is that this Court no longer has jurisdiction over this appeal because the Supreme Court has granted certiorari. *See United States v. Bogle*, 855 F.2d 707, 709 n.2 (11th Cir. 1988) ("Granting certiorari before judgment has the effect of bypassing the court of appeals and taking the appeal directly from the district court to the Supreme Court."). Because the Court lacks jurisdiction, Appellants' position is that it would not be appropriate to

hold the case in abeyance or to extend Appellees' briefing deadline, as there is no longer an appeal pending before this Court.

WHEREFORE, Appellees respectfully request that the court grant this motion to hold the appeal in abeyance, or in the alternative, extending Appellees' briefing deadline.

Dated: May 12, 2026

Respectfully submitted,

INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
*/s/Megan Hauptman*
Megan Hauptman
650 Massachusetts Ave NW
Suite 600
Washington, D.C. 20001
(646) 939-7329
mhauptman@refugeerights.org

Guadalupe Aguirre
Ghita Schwarz
One Battery Park Plaza, Fl 33
New York, NY 10004
(929) 246-0154
laguirre@refugeerights.org
gschwarz@refugeerights.org

MUSLIM ADOVCATES
Melissa Keaney*
Sadaf Hasan*
1032 15th Street N.W. #362
Washington, D.C. 20005
(202) 655-2969
melissa@muslimadvocates.org
sadaf@muslimadvocates.org

VAN DER HOUT LLP
Marc Van Der Hout
Johnny Sinodis
Oona Cahill
360 Post Street, Suite 800

San Francisco, CA 94108
Telephone: (415) 981-3000
ndca@vblaw.com

*Counsel for Plaintiffs-Appellees*

\*Application for admission pending

## Certificate of Compliance

The above-named counsel hereby certifies that this motion complies with the type-volume limit, typeface requirements, and type-style requirements of the Federal Rules of Appellate Procedure 27(d)(1)(E) and 27(d)(2). As measured by the word processing system used to prepare it, this motion contains 311 words.