# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of May, two thousand twenty-six.

Before:       José A. Cabranes,
                 *Circuit Judge.*

_____

Dahlia Doe, Sara Doe, Nesma Doe, Laila Doe, Waleed Doe, Mustafa Doe, Ahmad Doe,

         Plaintiffs - Appellees,

   v.

Markwayne Mullin, Secretary of Homeland Security, United States Department of Homeland Security, United States Citizenship and Immigration Services, United States of America,

         Defendants - Appellants.

_____

**ORDER**

Docket No. 25-2995

Appellees move to hold the appeal in abeyance pending a decision by the Supreme Court in this matter. Appellants oppose the motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court