# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of July, two thousand twenty-six.

Before:      Richard J. Sullivan,
             *Circuit Judge.*

---

Dahlia Doe, Sara Doe, Nesma Doe, Laila Doe, Waleed Doe, Mustafa Doe, Ahmad Doe,

        Plaintiffs - Appellees,

v.

Markwayne Mullin, Secretary of Homeland Security, United States Department of Homeland Security, United States Citizenship and Immigration Services, United States of America,

        Defendants - Appellants.

---

**ORDER**

Docket No. 25-2995

Appellants have filed a motion to stay the district court's November 19, 2025 order. Appellees have filed a letter requesting that the Court set their response deadline as July 13, 2026.

IT IS HEREBY ORDERED that Appellees shall file their opposition to Appellant's motion to stay by July 8, 2026.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court