# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of July, two thousand twenty-six.

Before:      Eunice C. Lee,
              *Circuit Judge.*

_____

Dahlia Doe, Sara Doe, Nesma Doe, Laila Doe, Waleed Doe, Mustafa Doe, Ahmad Doe,

        Plaintiffs - Appellees,

  v.

Markwayne Mullin, Secretary of Homeland Security, United States Department of Homeland Security, United States Citizenship and Immigration Services, United States of America,

        Defendants - Appellants.

_____

**ORDER**

Docket No. 25-2995

Appellants move to stay the district court's November 19, 2025 order granting preliminary relief.

IT IS HEREBY ORDERED that, to the extent the motion seeks temporary relief pending review by a three-Judge panel, the motion is DENIED. The motion is REFERRED to a three-Judge panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/10/2026