# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand twenty-six.

_____

Dahlia Doe, Sara Doe, Nesma Doe, Laila Doe, Waleed Doe, Mustafa Doe, Ahmad Doe,

        Plaintiffs - Appellees,

   v.

Markwayne Mullin, Secretary of Homeland Security, United States Department of Homeland Security, United States Citizenship and Immigration Services, United States of America,

        Defendants - Appellants.

_____

**ORDER**

Docket No. 25-2995

By order dated May 21, 2026, the Court granted Appellees' motion to hold this appeal in abeyance pending a decision from the Supreme Court in this matter. The Supreme Court issued its judgment on June 25, 2026. Upon consideration thereof,

IT IS HEREBY ORDERED that the appeal is lifted from abeyance. Appellees' brief is due by August 19, 2026.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court